# Criminal Case Cover Sheet                                            U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** III   **Investigating Agency** USSS

**City** Braintree

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-mj-4147-DHH
R 20/R 40 from District of _____

**Defendant Information:**

| | | |
|---|---|---|
| Defendant Name | Ricardo Voltaire | Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No |
| Alias Name | | |
| Address | (City & State) Hyde Park, MA | |

Birth date (Yr only): 1986   SSN (last4#): 9364   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** Portia Charles   **Address** 604 Bedford Street, Abington MA

**Bar Number** _____   portia.charles@charleslawpractice.com
(617) 977-6077

**U.S. Attorney Information:**

**AUSA** Bill Abely   **Bar Number if applicable** 660281

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/28/2021   Signature of AUSA: *[signature]*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Ricardo Voltaire

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____